In the Matter of ARTHUR LAUDER JR. et al., Respondents, v CHRISTINE PELLEGRINO et al., Respondents, and VOICE OF TEACHERS FOR EDUCATION/COMMITTEE ON POLITICAL EDUCATION OF THE NEW YORK STATE UNITED TEACHERS et al., Appellants.

Submitted August 30, 2017; decided August 30, 2017

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the proceeding within the meaning of the Constitution and is not a nonfinal order of the type within the meaning of CPLR 5602 (a) (2).